IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO - SOUTHERN DIVISION

| | |
|---|---|
| THE FENCE STORE L.L.C., individually,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>    Defendant. | Case No. 1:23-cv-00113-DKG |

## STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby stipulate and provide notice that this matter is dismissed *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

_/s/ James E. Dorman_____
JAMES E. DORMAN/ISB #8471
JUSTIN R. VOLLE/ISB #10237
CLEAR RIVER LEGAL, LLC
3100 N LAKEHARBOR LN, STE 160
BOISE, IDAHO 83703
TELEPHONE: (208) 646-4238
FACSIMILE: (208) 646-4280
james@clearriverlegal.com
justin@clearriverlegal.com

*Attorneys for Plaintiff*

 /s/M. Blake Hill_____
M. BLAKE HILL, (ISB No. 9485)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Blake.Hill@lewisbrisbois.com

*Attorneys for Defendant*

94022348.1